UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 405 |
| v. | ) | Hon. Martin C. Ashman |
| | ) | |
| RONALD PIEKARZ and | ) | |
| MACARTHUR MILAM | ) | |

## NOTICE OF MOTION

To:

| | |
|---|---|
| John A. Meyer<br>20 S. Clark St., Ste 2210<br>Chicago, IL 60603 | William A. Murphy<br>Murphy & Murphy<br>53 W. Jackson Blvd., Ste. 557<br>Chicago, IL 60604 |

  PLEASE TAKE NOTICE that on **Tuesday, June 3, 2008, at 10:30 a. m.**, or as soon thereafter as counsel may be heard, I will appear before Judge Martin C. Ashman in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER**, at which time and place you may appear if you see fit.

Dated: May 29, 2008

                Respectfully submitted,

                PATRICK J. FITZGERALD
                United States Attorney

            By:  <u>s/ Christina Egan</u>
                CHRISTINA EGAN
                Assistant United States Attorney
                219 S. Dearborn Street, 5th Floor
                Chicago, Illinois 60604
                (312) 353-4095

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

### NOTICE OF MOTION

were served on May 29, 2008, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By: s/ Christina Egan
CHRISTINA EGAN
Assistant United States Attorney
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-4095