# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 405 - 1 | **DATE** | 6/11/2008 |
| **CASE TITLE** | USA vs. Ronald Piekarz | | |

**DOCKET ENTRY TEXT**

Case called for preliminary examination hearing on 6/11/2008. Defendant waives his right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | IS |
|---|---|---|