UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| RONALD PIEKARZ ) | |
| ) No. 08 CR 405-1 | |
| ) Judge Martin C. Ashman | |



FILED
JUN 2 0 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on May 22, 2008, and for and in consideration of bond being set by the Court for defendant RONALD PIEKARZ in the amount of $740,000, being secured by real property, **RONALD PIEKARZ and THERESE SULLIVAN (husband and wife) and GRANTOR(S)** hereby warrant and agree:

1. RONALD PIEKARZ and THERESE SULLIVAN warrant that they are the sole record owners and titleholders of the real property located at 3329 North Hamilton, Chicago, Illinois and described legally as follows:

> LOT 18 IN BLOCK 14 IN C.T. YERKES SUBDIVISION OF BLOCKS 33, 34, 35, 36, 41, 42, 43, AND 44 ALL IN THE SUBDIVISION OF SECTION 19, TOWNSHIP 40 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, (EXCEPT THE SOUTHWEST 1/4 OF THE NORTHEAST 1/4 THEREOF AND THE

SOUTHEAST 1/4 OF THE NORTHWEST 1/4 THEREOF, THE EAST ½ OF THE SOUTHEAST 1/4 THEREOF) IN COOK COUNTY ILLINOIS.

P.I.N: 14-19-321-016.

RONALD PIEKARZ and THERESE SULLIVAN warrant that there is one outstanding mortgage against the property and that their equitable interest in the real property approximately equals $740,000.

2. RONALD PIEKARZ and THERESE SULLIVAN agree that their equitable interest in the above-described real property, may be forfeited to the United States of America, should the defendant RONALD PIEKARZ fail to appear as required by the Court or otherwise violate any condition of the Court's order of release.

3. RONALD PIEKARZ and THERESE SULLIVAN further agree to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. RONALD PIEKARZ and THERESE SULLIVAN understand that should defendant RONALD PIEKARZ fail to appear or otherwise violate any condition of the Court's order of release, the United States may obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4. RONALD PIEKARZ and THERESE SULLIVAN further agree that they will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish their interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5. RONALD PIEKARZ and THERESE SULLIVAN further understand that if they have knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant RONALD PIEKARZ they are subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. RONALD PIEKARZ and THERESE SULLIVAN agree that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6. RONALD PIEKARZ and THERESE SULLIVAN hereby declare under penalty of perjury that they have read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 11 Jun 08

[signature]
RONALD PIEKARZ
SURETY/GRANTOR

Date: June 11, 2008

[signature]
THERESE SULLIVAN
SURETY/GRANTOR

Date: 6-11-08

[signature]
Witness

3