UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 405 |
| v. | ) | Hon. Martin C. Ashman |
| | ) | |
| RONALD PIEKARZ and | ) | |
| MACARTHUR MILAM | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/Christopher P. Hotaling
CHRISTOPHER P. HOTALING
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5324

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**ATTORNEY DESIGNATION**

were served on August 8, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                    By:    s/Christopher P. Hotaling  
                              CHRISTOPHER P. HOTALING  
                              Assistant United States Attorney  
                              219 South Dearborn Street  
                              Chicago, Illinois 60604  
                              (312) 353-5324