# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 405 | **DATE** | 8/12/2008 |
| **CASE TITLE** | USA vs. Milam, et al | | |

**DOCKET ENTRY TEXT**

Government's agreed second motion (Doc. No. 29) for an extension of time to return indictment pursuant to 18 USC 3161(h)(8), from August 19, 2008 to and including October 17, 2008, is granted.

■ [ For further detail see separate order(s).]　　　　Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|